# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State St.
3RD FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

May 31, 2023

Hon. Brenda K. Sannes
Chief United States District Judge
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

          **RE:**    **United States v. Joseph Morelli**
                  **Case No.: 22-CR-115 (BKS)**

Dear Judge Sannes:

Mr. Morelli is currently scheduled to be sentenced on July 7, 2023, with sentencing memoranda due June 16, 2023. Pursuant to the guideline order, sentencing memoranda are not to exceed ten pages. I am writing to request an additional ten pages for our sentencing memo. The additional pages are needed because I expect there to be unresolved objections to the guideline calculations contained in the PSR, in addition to the need to fully explain the nature of the offense and Mr. Morelli's background and characteristics. This background will provide context to the Court and will allow Mr. Morelli's story to be told fully. This will ensure that the Court can thoroughly consider the necessary factors when imposing a sentence.

Thank you,

Gabrielle DiBella
Asst. Federal Public Defender