To: Honorable Chief Judge Sannes

From: Lisa Morelli Daly, PhD

Re: Joseph F. Morelli

Date: June 14, 2023

Dear Honorable Chief Judge Sannes,

    I am writing this letter in support of my brother, Joseph F. Morelli. Joe is due to be in your courtroom on July 7, 2023 for his sentencing.

    Joe had plead guilty in April of this year to the crimes he committed in March 2022. During this time, you had graciously allowed him to continue with home confinement for the past 15 months. With this allowance, Joe has been able to attend each of his scheduled psychiatric and mental health appointments and to continue with his medication regimen without issue. He has also continued to meet the requests of his probation officers, Jeff Clinton and Michael Christopher. He has made all of his daily calls into the drug and alcohol testing center as requested and passed all urine toxicology screenings that were performed.

    As you may have read in Joe's medical and psychiatric records, he has suffered with bipolar disorder most of his life. He has endured several suicide attempts and hospitalizations since childhood. Unfortunately he was not properly diagnosed and treated until about 10 -12 years ago when he was last hospitalized. The winter of 2022 was exceptionally difficult for Joe. Our mother (with whom Joe lived with) passed away in 2019, then CoVid brought even more isolation in March of 2020. In hopes to break through his bipolar depression, Joe's provider ordered a second series of electroconvulsive therapy, ECT. Unfortunately the second procedure seemed to have triggered manic behaviors in Joe at the end of February 2022.

    At this time, I plead with you to show compassion in allowing Joe to remain at home as I believe that him going to prison will be detrimental to his mental health and recovery of bipolar disorder. I do not have faith that the correctional system will be able to provide him with the needed medications, daily activity, or socialization that a person with bipolar disorder requires. Joe does not own nor has ever possessed any firearms or weapons of any kind that I have been aware of. He is not known to be a violent person and has not demonstrated the ability to carry out any of the actions he detailed in the voicemails he left on a congressman's voicemail 15 months ago.

Respectfully submitted,


Lisa Morelli Daly