Honorable Judge

My name is Michael Warren. I am employed by Buckingham Manfacturing in Binghamton, NY. as their Information Technologies Director. I live in Elmira, New York, however, during the week I stay in an apartment in Endicott, NY and go home to Elmira on the weekends.

I am writing to request leniency for Joseph Morelli. Joe Morelli is my downstairs neighbor in Endicott. Joe has expressed a great deal of remorse and embarrassment for his involvement in this unfortunate situation.

I am a 61-year-old conservative and feel very strongly that individuals that commit crimes should be punished accordingly, however, I believe this situation warrants a closer look. I do not condone what Joe did although I feel there are mitigating circumstances. I have known Joe for over ten years and find this completely out-of-character for him. I trust Joe implicitly, so much so that he has a key to my apartment. On many occasions Joe has been kind enough to care for my cat while I've been away for an extended period.

Although he did not ask, I would not have hesitated to put up thousands of dollars to bail Joe out if he had. I have always found Joe to be very trustworthy.

With all due respect, I thank you for taking the time to read this.

Michael A. Warren

Endicott, NY  13760