To: The Honorable Chief Judge Sannes

From: Jeffrey P Daly

RE: Joseph F. Morelli

Dear Honorable Chief Judge Sannes,

    I am writing this letter on behalf of my brother-in-law Joseph F. Morelli, presently on house arrest.

    Joe has been down as can be expected, but he continues to do everything he needs to as required by law and to improve his body and mind. His sister Lisa & I helped get him a treadmill so he can exercise while watching tv. I often drive him on his Tuesday morning grocery trips and he is always careful to wait until his P.O. approved travel window begins before leaving the house. He does not deviate at all from the direct route from home to Price Chopper and back, because he wants to be absolutely sure he abides by the rules. No deviations. Even when I said "Can we stop by my house and drop off something?" he said he really wants to stick to the direct route that's been approved. I'm proud of him for that. Thank you for your time.

    Sincerely,

    Jeffrey P Daly