To: Honorable Chief Judge Sannes
From: Travis Daly
Re: Joseph F. Morelli
Date: June 15, 2023

Dear Honorable Chief Judge Sannes,

To me, Joe is my closest relative outside my household family. When my grandmother was still around, nana we called her, it was always so special to me when we went over to their house for dinner. From the seemingly endless supply of food that nana made for us and the comedic relief that Joe supplied to the conversations, there was never a dull moment around them.

It hit all of us very hard when we took nana in for hospice care, until she inevitably passed. It was an especially difficult time for Joe, as she was the one that he went to when he had fallen on hard times.

It breaks my heart to see Joe in his current state; he's the most depressed I've ever seen, he can't seem to find really anything to keep himself occupied, he's been living groundhog day for over a year now and it's really getting to him. He used to light up when we would come over and visit, but even that light is fading, and it's beginning to worry me greatly.

Joe is a man of many hats. He was a rambunctious kid as I've heard from some of his many stories, but still he was smart and cordial, and had great respect for the people around him. He always kept himself busy; paper routes, metal bands, carpentry, driving cab, hauling trailers, and the one he talks about the most was General Motors. Cars were always a passion of his. He told me even after a long day at GM he would still come home and want to work on his own car. I could take a picture of a car, and he'll tell me the model, the year it was manufactured, what engine it runs, everything. Recently he had sold his truck to his neighbor, and this makes me think that this light is fading too, and again I worry.

In my perspective, what drags him down the most is his bipolar disorder. When he gets manic, he hyper focuses on certain things, and I believe this to give him his views and mentalities on particular subjects, and this is what has brought him into the current situation. That being said, he has never held malice, he simply just feels to fight for what he believes is right.

That's Joe. He's my uncle, I look up to him a lot, he has given me some of the best advice that I'll always carry with me, and I'll always love him.

Sincerely,

Travis Daly