**NEW YORK STATE OF OPPORTUNITY.** | **Greater Binghamton Health Center**

KATHY HOCHUL
Governor

ANN MARIE T. SULLIVAN, M.D.
Commissioner

MARYANN FRITSCH
Executive Director

3:22-cr-115

Community Treatment & Recovery Center
GBHC Outpatient Clinic
425 Robinson Street
Binghamton, NY 13904
Phone: (607) 797-0680
Fax: (607) 797-4315

U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
JUN 2 6 2023
AT _____ O'CLOCK
John M. Domurad, Clerk  Syracuse

June 21, 2023

Federal Building and US Courthouse
PO Box 7336
Syracuse, NY 13261-7336

Attn: Honorable Brenda K. Sannes

RE: Joseph Morelli, DOB:

Dear Judge Sannes:

This letter is to confirm that Joseph Morelli, who was admitted to the CTRC on 7/30/19, continues to remain engaged in treatment. He participates in monthly supportive psychotherapy and medication management; he presents on time to all scheduled appointments.

Joe is a pleasure to work with; he is engaged and participatory in his sessions. He is compliant with medication management and monitoring. Since the incident in March 2022 that resulted from a manic episode and lead to legal consequences, Joe has remained psychiatrically stable. He has expressed much remorse and has gained insight into his mental health issues and his process.

Joe has been compliant with the terms of house arrest and Probation. We wish to take this opportunity to advocate for Treatment Alternatives to Incarceration.

Best regards,

Noumana Hameed MD

Cheryl DeRosa MA, LCSW-R, CASAC

CTPL
425 ROBINSON STREET
BINGHAMTON, NY 13904

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.60
06/23/2023 ZIP 13904
043M30220445

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
JUN 26 2023

Federal Bldg. & U.S. Courthouse
PO Box 7336
Syracuse, NY 13261-7336

Attn: Hon. Brenda K. Sannes


