June 27, 2023

Dear Honorable Chief Judge Sannes,

Please find this letter of support for our family friend, Mr. Joseph Morelli. We have known Joe for about 5 years as we both had family going to the same high school in Broome County. Although similar in age group and interests, it was through his passion for Lao cuisine that brought our friendship together. Over the years, we have often sent over authentic dishes to Joe as it has been his favorite type of cuisine since his late teens. Joe has told us that his former roommates were originally from Lao before moving to the Buffalo, NY area where Joe is originally from. Joe has in return, sent over a variety of American food dishes such as pasta salad and pork chop casserole.

Before being placed on home confinement, Joe would often visit with us and help us with odd jobs around our home. He is very handy and has lots of experience in home repairs and updating. Since he has been on home confinement, we have talked/texted several times trying to stay in touch. He has been able to maintain a positive attitude, even through his mental health challenges. He has offered advise on home repairs and remodeling for many of our renovation projects.

In conclusion, I hope this letter serves as a positive note on Joe's character and behavior since his arrest in March of 2022. He has been so helpful to our family and has had a positive impact on our lives.

Sincerely,

The Vongkamchanh family