# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State St.
3RD FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

July 31, 2023

Hon. Brenda Sannes
Chief United States District Judge
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13202

          RE:    **UNITED STATES V. JOSEPH MORELLI**
                 **CASE NO.: 22-CR-115 (BKS)**

Dear Chief Judge Sannes:

On July 20, 2023, defense counsel filed a letter opposing Congresswoman Greene's restitution request.  On July 28, 2023, the Government responded.  Through this letter, defense counsel seeks permission to file the attached reply, which is necessary to guarantee Mr. Morelli effective representation as required by the Sixth Amendment to the United States Constitution.


                    Respectfully,

                    OFFICE OF FEDERAL PUBLIC DEFENDER

            By:
                    *s/Gabrielle DiBella, Esq.*
                    Assistant Federal Public Defender



cc:    Richard Southwick, AUSA, by ECF

# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State St.
3RD FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

July 31, 2023

Hon. Brenda Sannes
Chief United States District Judge
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13202

**RE:    UNITED STATES V. JOSEPH MORELLI
CASE NO.: 22-CR-115 (BKS)**

Dear Chief Judge Sannes:

On July 28, 2023, the Government filed a response to the defendant's letter in opposition to Congresswoman Greene's restitution request. In support of Congresswoman Greene's restitution request, the Government asserts that the Congresswoman has received "occasional reports" of threats against her, but that this case was "the straw that broke the camel's back." That response is purely speculative.  The Government's casual response to a restitution request for more than $66,000 is insufficient, especially when Mr. Morelli supports himself with Social Security benefits.  PSR ¶ 66.  In addition, the claim that she has received "occasional reports" of threats is entirely contradicted by statements she herself has made about the number of threats she receives. On July 24, 2023, the Office of the Federal Public Defender contacted Congresswoman Greene's office to ascertain the specific number of threats made against her.  As of the date of this letter, no response has been given.

In 2022, Marjorie Taylor Greene spent more money on security than any other candidate in the United States. See Exhibit A. According to Greene's campaign, in April of 2022, she had received more threats, but didn't say when the uptick began. Greene's private residence in Georgia had also been swatted at least six times by October 2022. See Exhibit B. In December of 2022, after she suggested that she would have "been armed" and "won" the insurrection on January 6th, she also stated that she regularly receives death threats. See Exhibit C. She believed that the regular occurrence of death threats was a result of a "smear campaign against her by Democrats and the media." See Exhibit D. In a press release she issued on December 12, 2022, she stated that "[e]very day, I receive violent threats against my life simply because the media have lied and smeared my character for the past two years." *Id.* Receiving threats every day does

not constitute "occasional" threats, as the Government has presented. While Mr. Morelli's case may be the most publicized case of threats against her, that does not prove that his conduct was the proverbial "straw the broke the camel's back." According to Congresswoman Greene, the camel was long-saddled with multiple, frequent threats. Mr. Morelli is not legally responsible for the threats of others, and he cannot be made an example of for the threats of others. There is an abundance of evidence which demonstrates that Congresswoman Greene has continued to be threatened even after Mr. Morelli's conduct, and he is not responsible for these expenses solely because he was the one person who was prosecuted.

The Government further asserts that "brick and mortar security enhancements take time, labor, and materials for installation, which accounts for the time period between the defendant's threats and the completion of the security upgrades." The estimate and contract for the fence was completed on February 9, 2023. The work itself was done March 24, 2023. Certainly, the time period between February 9th and March 24th may be attributable to a delay in materials, but no such delay would account for why the contract wasn't entered into until February 9, 2023, eleven months after Mr. Morelli's conduct occurred. On July 19, 2023, the Office of the Federal Public Defender contacted the company who installed the fence, for more information. The company has yet to respond.

The Government's response includes five documents, four of which were previously submitted with Congresswoman Greene's restitution request. The Government also provided to defense counsel a fifth document, dated March 7, 2023, consisting of a letter from the Office of the Sergeant at Arms for the U.S. House of Representatives about Congresswoman Greene's security at her private residence, in response to an inquiry she made. See Exhibit E. The Government has advised that this letter is related to Congresswoman Greene's Washington, D.C., residence, not her Georgia residence where she had her home security cameras adjusted for $1,375.00 and installed a $65, 257.49 security fence. As such, that letter, written a year after Mr. Morelli's arrest, does not support Congresswoman Greene's restitution request for expenses at her Georgia residence. It is, however, worth noting that the Sergeant at Arms believed a person with Congresswoman Greene's "profile," did not have adequate security measures at her Washington, D.C., residence.

The Government notes that Congresswoman Greene's fears were "buttressed by the fact that the defendant has not been detained during the pendency of this case." It is unclear how Mr. Morelli's exemplary conduct on pretrial release has "buttressed" her fears. Even before his arrest in this matter, Mr. Morelli had voluntarily ceased all communication with her office. The sole communications Mr. Morelli has ever had with her office took place in a seven-hour time span on a single day in March of 2022.

Congresswoman Greene's assertion that she feels threatened by Mr. Morelli is belied by her continuous violent rhetoric that both pre-dates and post-dates Mr. Morelli's conduct. As a public figure who uses violent rhetoric, and approves the use of violence, Congresswoman Greene incredibly tells this Court that she feels so much fear as a result of Mr. Morelli's conduct that she had to spend over $66,000 in additional security measures. As the Sergeant at Arms noted, Congresswoman Greene has a high profile, and as the Government concedes, she has been threatened by others. Indeed, Congresswoman Greene is a controversial figure who pursues

conspiracy theories and has advocated for violence against her political opponents.  Her violent and divisive rhetoric is well documented.

Greene was elected to Congress in 2020 to serve as a U.S. representative for Georgia's 14th Congressional district.  Greene is a member of the far-right faction of the Republican Party which promotes numerous conspiracy theories, and she has aligned herself with far-right groups that advocate for violence against political opponents, all of which is detrimental to the health and safety of our democracy.   Before she was elected to Congress, Greene was a member of the Family America Project, where she was one of nine moderators of the right-wing conspiracy group's Facebook page, which consistently advocated for violence against Democrats since its founding in 2018.  *See* https://www.motherjones.com/politics/2021/02/marjorie-taylor-greene-facebook-john-birch-society/.  The Facebook page serves as a platform for violent speech, including the images below, posted in support of advocating violence against former President Barrack Obama and Hillary Clinton, beliefs Greene endorsed on her personal Facebook page in 2018.  *Id.*





Other posts from the group describe their political opponents—Democrats—as "enemies of the nation and worthy targets of violence." *Id.* The group organized a bus to transport Trump supporters to Washington, D.C. for the January 6, 2021 "Stop the Steal" rally where the violent insurrection flowed from. *Id.*

In 2018 and 2019, before running for Congress, Greene supported executing prominent Democrats. *See* https://www.cnn.com/2021/01/26/politics/marjorie-taylor-greene-democrats-violence/index.html. Greene liked comments on social media, including one that said "a bullet to the head would be quicker" to remove House Speaker Nancy Pelosi from office. *Id.* Greene also showed support for executing FBI agents, believed to be part of the "deep state" working against Trump. *Id.* Greene even agreed with a Facebook post that suggested former President Barrack

Obama and Hillary Clinton should be hanged.  *Id.*  In response to the post, Greene stated, "Stage is being set.  Players are being put in place.  We must be patient.  This must be done perfectly or liberal judges would let them off."  *Id.*

In 2018, Greene promoted the conspiracy theory that the deadly mass shooting at Marjory Stoneman Douglas High School in Parkland, Florida was a "false flag" planned event—an incident that was faked by someone other than the actual perpetrator for the purpose of promoting strict gun control.  *See* https://www.mediamatters.org/false-flag-conspiracy-theory/rep-marjorie-taylor-greene-facebook-2018-parkland-school-shooting-was.  In March 2019, during a visit to Washington, D.C., Greene harassed Parkland survivor and gun regulations activist David Hogg, who was there to meet with lawmakers. https://www.splcenter.org/hatewatch/2019/08/16/marjorie-taylor-greene-how-outspoken-maga-fan-built-following-world-extremists.  Greene livestreamed herself on Facebook following Hogg as she promoted her false flag accusations toward Hogg and accused him of being "brainwashed" while promoting her conspiracy theory claims.  *Id.*  Greene commented on social media that Hogg was #littleHitler" and accused him of being "bought and paid little pawn" actor.  *See* https://www.cnn.com/2021/01/26/politics/marjorie-taylor-greene-democrats-violence/index.html.

Greene sought to have Democratic U.S. Representatives Ilhan Omar and Rashida Tlaib ousted from Congress because the women were Muslim and should return to the Middle East. *Id.*  Greene posted a video online claiming Nancy Pelosi was guilty of treason, "a crime punishable by death," while also liking a Facebook post that called for "a bullet to the head" of Pelosi.  *Id.*  Greene has promoted conspiracy theories that suggest the 9/11 foreign terrorist attack was done by the U.S. government.  *Id.*

During her campaign, on September 3, 2020, Greene, who has a history of racist, Islamophobic and anti-Semitic remarks, shared a meme to her Facebook page depicting herself holding an AR-15 style rifle next to images of U.S. Representatives Alexandria Ocasio-Cortez, Ilhan Omar, and Rashida Tlaib, with the label: "SQUAD'S WORST NIGHTMARE."  *See* https://www.politico.com/news/2020/9/04/facebook-removes-candidates-squad-post-409175. Also during her campaign, Greene posted a video to Facebook where she was holding an AR-15 style rifle warning antifa groups to "stay the hell out of Northwest Georgia."  *See* https://www.timesfreepress.com/news/local/story/2020/jun/05/facebook-deletes-marjorie-greene-ad-inciting/524666/.

After winning her seat in the U.S. House of Representatives, Greene promoted election fraud conspiracy theories related to the presidential election, despite her victory in the same election, and wore a "Trump Won," mask on the House floor on her first day in office.  *See* https://thehill.com/homenews/532534-rep-elect-marjorie-taylor-greene-wears-trump-won-mask-on-house-floor/.  After the January 6, 2021 insurrection, Greene falsely tweeted that the domestic terrorists donned in Trump and QAnon gear, were members of antifa dressed as Trump supporters, and agreed with Fox News television personality Tucker Carlson, that the FBI organized and participated in the attack.  *See*  https://huffpost.com/entry/marjorie-taylor-greene-anthony-aguero-friend_n_603788a5c5b67259f89402ad;

https://www.nytimes.com/2021/06/18/technology/misinformation-unindicted-co-conspirators-capitol-riot.html.

On February 20, 2022, Greene appeared on *The Alex Jones Show,* where she called for vigilante violence against transgender people, accusing them of "grooming, a behavior where a sexual predator prepares a victim for assault,"  and accused mothers of "turning their children trans 'as if they're some kind of accessory.'"  *See* https://www.mediamatters.org/alex-jones/conspiracy-theorist-alex-jones-show-rep-marjorie-taylor-greene-calls-violent-physical.

On February 25, 2022, Greene was a surprise guest speaker at the America First Political Action Conference (AFPAC), organized by Nick Fuentes, a white nationalist.  *See* https://www.cbsnews.com/news/marjorie-taylor-greene-cpac-nick-fuentes-afpac-white-nationalist/.  At the conference, Fuentes and attendees cheered on Russian President Vladimir Putin, who invaded Ukraine on February 24, 2022, and who has proceeded to murder innocent Ukrainian citizens.  *Id.*  Also during the conference Greene attended, Fuentes called the January 6, 2021 violent insurrection, "awesome."  *Id.*  Greene aligned herself with Fuentes, a person who described the terror of that day as "awesome."  Even more troubling is Greene's belief that those who stormed the Capitol are heroes.  *See* https://www.independent.co.uk/news/world/americas/us-politics/marjorie-taylor-greene-speech-capitol-b1849580.html.

On April 22, 2022, Greene was confronted over her social media posts from 2018 and 2019, referenced above, where she advocated executing prominent democrats.  Greene was required to testify under oath as part of a hearing held in Georgia to determine whether she was constitutionally barred from holding office because of her role in the January 6 insurrection.  *See* https://www.cnn.com/2022/04/22/politics/marjorie-taylor-greene-disqualification/index.html.  In this context, and while under oath, Greene continued with the Big Lie, that Trump won the 2020 election and raised false-flag conspiracy theories that the U.S. Capitol was attacked by rogue FBI agents or racial justice activists who "dressed up as Trump supporters."  *Id.*  This attack on the Capitol was one of the worst in our country's history, and Greene claimed more than 50 times that she could not remember her activities before that day.  Despite being on video opposing the peaceful transfer of power, she testified under oath that she did not recall making those statements in a video she created of herself making those statements.  *Id.*  Specifically, she said in a January 2021 Facebook video, "You can't allow it to just transfer power peacefully like Joe Biden wants and allow him to become our president.  Because he did not win this election, It's being stolen."  Gringlas, Sam (April 22, 2022), "Marjorie Taylor Greene testifies as part of a legal challenge to her candidacy," *NPR.*  Greene answered many questions about her statements, social media posts, and conversations in the days before January 6 with "I don't know" or "I don't recall."  *Id.*

Also brought up in that hearing was Greene's close relationship with Anthony Aguero, who participated in the insurrection.  Greene has deleted posts and videos where she previously referred to him as a "dear, dear," "great, great," and "best" friend.  *See* https://www.cnn.com/2022/04/25/politics/marjorie-taylor-greene-testimony-ties-anthony-

aguero/index.html.  At the hearing, Greene tried to give the false impression that Aguero was a distant friend, but past deleted videos include her speaking about the work the two were doing together, including trips to the border, attending Trump's El Paso, Texas rally together.  *Id.*  She was photographed with Aguero in Washington, D.C., at the November 2020 "March for Trump" rally, where Greene spoke.  *Id.*  Greene could not recall whether she spoke with Aguero prior to the insurrection, claiming they did not spend much time together, that she hardly spoke with him, describing him as a "distant" friend.  *Id.*

On June 9, 2022, the same day that the January 6th Select Committee held its first public hearing, Greene gave a speech on the House Floor criticizing the Committee for allowing those arrested for storming the Capitol to waste away in a D.C. jail, referring to the insurrectionists as political prisoners of war.  *See* www.c-span.org/video/?c5019207/user-clip-us-rep-marjorie-taylor-greene-special-order-speeches-06092022.  Greene only speaks for the insurrectionists, while ignoring the toll that day took on law enforcement. https://www.nytimes.com/2022/01/05/us/politics/jan-6-capitol-deaths.html.  In the days and weeks following the insurrection, five police officers who had served at the Capitol died.  *Id.* Four of these officers died by suicide after the attack, and approximately 150 officers were injured.  *Id.*

Given Congresswoman Greene's documented controversial public profile, which includes advocating for political violence and spreading mis/dis-information to the voting public, all with the intent to create divisiveness within the populace, her security expenditures and Mr. Morelli's conduct are far too attenuated for this Court to grant her restitution request. Defense counsel continues to oppose this request for restitution, and further asks for a hearing if the Court is inclined to order restitution.

Respectfully submitted,

Gabrielle DiBella
Asst. Federal Public Defender

cc:    Richard Southwick, AUSA, by ECF
       Karlie Hall, USPO, by email

# EXHIBIT A



# INSIDER

**US MARKETS LOADING...**    In the news

---

HOME  ›  NEWS

# Rep. Marjorie Taylor Greene's campaign finances show she spends more on security than any other candidate in the country, report says

**Hannah Getahun**

 



**Rep. Marjorie Taylor Greene, a Republican from Georgia**  Drew Angerer/Getty Images

**Rep. Marjorie Taylor Greene spent more on security this year than previous years, the NYT reported.**

**Greene spent $1,000 a month on security prior to 2022 but now that number is over $49,000 a month.**

**Greene's campaign said in April she has received more threats but did not say when the uptick began.**

Georgia GOP Rep. Marjorie Taylor Greene's campaign spent
$183,000 on security between January and May of 2022, according
to a new report from <u>The New York Times.</u>

The analysis of Greene's campaign finances shows that not only has
she spent more than in previous years, but she also spent more on
security than any other current political candidate in the country.

Greene hired KaJor Group, a company also previously employed by Kyle Rittenhouse, the 17-year-old who <u>shot and killed two men in Kenosha, Wisconsin</u>, in 2020, The Times reported.

Prior to 2022, Greene spent $1,000 a month on security, but now that number is up to over $49,000 a month, The Times reported.

Greene also <u>spent more on her campaign in the first quarter than donations she received</u>, Insider's Alia Shoaib previously reported.

The congresswoman has been receiving more threats recently, a spokesperson told <u>The Daily Beast</u> in April. The campaign spokesperson did not note when the uptick in threats began.

The incidents cited by the spokesperson included her <u>public spat with nightly talk show host Jimmy Kimmel</u>, who asked "Where's Will Smith when you really need him?" in response to Greene's criticism of <u>Ketanji Brown-Jackson's nomination to the Supreme Court</u>. The joke was read as a reference to <u>Will Smith slapping Chris Rock at the Oscars</u>.

The spokesperson also cited the arrest of a man in March that police said <u>threatened "physical harm" against Greene.</u>

Last month, Greene told CNN's Jim Acosta that he was harassing her after he confronted her on the street about texts she sent urging Mark Meadows, the former chief of staff to then-President Donald Trump, to impose martial law after the January 6 insurrection.

Earlier this month, Republican Rep. Adam Kinzinger criticized Greene for acting like "a victim and a poor helpless Congresswoman" whenever she was asked about January 6, despite the fact that she "assaulted" a school shooting survivor and "stood outside a congresswoman's office and yelled at her," Kinzinger said.

Kinzinger appeared to have been referencing Greene confronting a Parkland shooting survivor and yelling at Rep. Alexandria Ocasio Cortez in 2019.

A representative for Greene did not immediately respond to Insider's request for comment.

**Read next**

**NOW WATCH:**

Marjorie Taylor Greene    Congress    Primary    More...

* Copyright © 2023 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service  and  Privacy Policy .

Contact Us  |  Masthead  |  Sitemap  |  Disclaimer  |  Accessibility  |  Commerce Policy  |  Advertising Policies  |  Coupons

|  Made in NYC  |  Jobs @ Insider

Stock quotes by finanzen.net  |  Reprints & Permissions

International Editions:   INTL  |  AS  |  AT  |  DE  |  ES  |  IN  |  JP  |  MX  |  NL  |  PL

# EXHIBIT B

**Watch Live**

# Marjorie Taylor Greene's Georgia home reportedly swatted for 6th time

By FOX 5 Atlanta Digital Team  |  Published October 26, 2022  |  Marjorie Taylor Greene  |  FOX 5 Atlanta  |

**FLOYD COUNTY, Ga. -** Georgia Republican Rep. Marjorie Taylor Greene says she was the victim of another swatting attack.

This latest incident makes this the sixth time that she says someone has called the police to her home in Floyd County, Georgia for a fake crime.

Tuesday morning, Greene posted a message on Twitter that read in part, "I was swatted for the 6th time last night. Swatting is a very serious crime."

"The caller wants to have their victim murdered by police," Green wrote. "But it is also a giant abuse of police resources and time, which is another reason it is a serious crime."

Swatting is the act of making a hoax call to 911 to try and draw a response to law enforcement. Using technology that makes it appear that the emergency call is coming from a victim's home, suspects try to lure law enforcement to the residence by telling them a crime has either happened or is in progress - causing a response from police or a SWAT team.

A spokesperson for Greene confirmed to the National Review that police responded to the Georgia Republican's home but did not give any more information.

The swatting attacks on Greene began in August, when the congresswoman was swatted two nights in a row. In the second incident, Police say a call was received on what appeared to be a suicide crisis line from an internet chat. In the report, the person who made the call allegedly claimed that they were transgender, had shot their family, and were planning on shooting themselves.

Rome police have referred all questions regarding the incidents to the FBI, which is investigating. So far, no one has been arrested.

In September, Greene's husband Perry Greene filed for divorce after 27 years, citing an "irretrievably broken" marriage.

This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX Television Stations

EXHIBIT C

BETA

FORBES > BUSINESS

**BREAKING**

# 'Slap In The Face': White House Condemns Marjorie Taylor Greene For Saying She 'Would Have Won' Jan. 6 Riot

**Sara Dorn** Forbes Staff
*Politics*

Follow

Dec 12, 2022, 11:12am EST

Listen to article  5 minutes

**TOPLINE** The Biden Administration and incoming House Minority Leader Hakeem Jeffries (D-N.Y.), fired back Monday at Rep. Marjorie Taylor Greene (R-Ga.) after she suggested over the weekend January 6 rioters should have been more aggressive when they stormed the Capitol in 2021, saying she would have "won" and "been armed" if she had organized the insurrection.



Rep. Marjorie Taylor Greene (R-Ga.) (Photo by Nathan Posner/Anadolu Agency via Getty Images)  ANADOLU AGENCY VIA GETTY IMAGES

**KEY FACTS**

- During a speech at the New York Young Republicans Club gala in Manhattan on
  Saturday, Greene said "if Steve Bannon and I had organized [the Capitol riot], we
  would have won, not to mention, we would have been armed" she said, referring to
  the former Trump White House advisor, who was also in attendance.

**BETA**

- Greene, a staunch ally to former President Donald Trump, was disputing claims
  that she and Bannon helped organize the January 6 Capitol riots.

- The White House on Monday denounced the remarks, calling them "a slap in the
  face" to law enforcement and the seven people who died in connection with the
  attack that goes "against our fundamental values as a country," White House
  spokesperson Andrew Bates said in a statement to CBS and other outlets, urging
  other lawmakers to speak out against the statements.

- Jeffries accused Greene of promoting "violence and armed insurrection," he wrote
  Monday in a tweet asking newly elected GOP representatives from New York when
  they will denounce her.

- Rep. Jamaal Bowman (D-N.Y.) called for Greene to be expelled from Congress in a
  tweet on Monday, while Reps. Veronica Escobar (D-Tx.), Eric Swalwell (D-Calif.)
  and Bill Pascrell (D-N.J.) also condemned her statements.

**CONTRA**

Greene defended her comments in response to the White House, claiming they were
intended as "sarcasm" to "make fun of Joe Biden and the Democrats," she said in a
statement. Greene said she regularly receives death threats she claims are a result of
a smear campaign against her by Democrats and the media.

---

**Forbes Daily: Get our best stories, exclusive reporting and essential analysis of the
day's news in your inbox every weekday.**

| Email address | Sign Up |

By signing up, you accept and agree to our Terms of Service (including the class action waiver and arbitration provisions), and
Privacy Statement.

---

**KEY BACKGROUND**

Greene—who was first elected in 2020—has been accused of playing a role in the
leadup to January 6 by promoting false claims the 2020 presidential election was
"stolen" from former President Donald Trump. She became the first member of
Congress to testify about her alleged connection to the Capitol riots as part of a
lawsuit in Georgia that sought to remove her from the midterm ballot on grounds

that she had a hand in the insurrection. Among other evidence, the plaintiffs in the case, which included a coalition of Georgia voters and the government-watchdog nonprofit Free Speech for People, pointed to a Facebook video she posted in the days before January 6 encouraging people to come to Washington as she and other Republican members of Congress prepared to reject the results of the 2020 presidential election. In it, she said "you can't allow it to just transfer power peacefully like Joe Biden wants and allow him to become our president. Because he did not win this election. It's being stolen." Greene said in her testimony she does not support violence and often claimed she didn't know or didn't recall the answers to other questions.

**TANGENT**

Greene's House colleagues voted to remove her from committees in a mostly party-line vote last year due a series of incendiary social media posts before she took office in which she promoted baseless QAnon theories, questioned the events of 9/11, and endorsed suggestions that the 2018 shooting at Marjory Stoneman Douglas High School was fabricated. She also appeared to endorse calls to execute Democratic leaders in Congress. But Greene has made a concerted effort to rebuild her standing within the GOP in recent months. She has broken with some of her far-right Freedom Caucus colleagues to endorse Rep. Kevin McCarthy (R-Calif.) for House speaker and has met privately with McCarthy in an apparent bid to regain her committee assignments with hopes of being appointed to the powerful House Oversight Committee.

**FURTHER READING**

[Marjorie Taylor Greene 'Doesn't Recall' Any Role In Jan. 6 Capitol Attack](#) (Forbes)

[House Ousts Marjorie Taylor Greene From Committees With Eleven GOP Votes](#) (Forbes)

[Right-Wing Groups Denounce Marjorie Taylor Greene As Democrats Move To Oust Her](#) (Forbes)

*Follow me on [Twitter](#). Send me a secure [tip](#).*



**Sara Dorn**                                                    Follow

I cover national politics, with a focus on elections and the White House. Prior to joining Forbes, I wrote about New York politics for City... **Read More**

Editorial Standards                                          Reprints & Permissions

ADVERTISEMENT

EXHIBIT D



# Press Releases

## STATEMENT: Congresswoman Marjorie Taylor Greene Responds To Democrat Smear Campaign

**Washington, December 12, 2022**

On Monday, December 12, 2022, Congresswoman Marjorie Taylor Greene issued the following statement:

"The White House needs to learn how sarcasm works. My comments were making fun of Joe Biden and the Democrats, who have continuously made me a political target since January 6th.

Every day, I receive violent threats against my life simply because Democrats and the media have lied and smeared my character for the past two years. This includes threats resulting in actual arrests with criminal charges and threats against my home in an attempt to have me killed.

The only time Democrats "support" the 2A is when armed Antifa larpers want to defend perverts at drag queen story time or when leftist Hollywood celebs and politicians are protected by armed bodyguards.

Rather than trying to weaponize a sarcastic joke I made, they should be going after people like Yoel Roth who silenced a sitting President and allowed child pornography to run rampant on Twitter.

I will never back down from my support of the Second Amendment. And I will never allow the White

 

# Office Locations



## Dalton District Office

P.O. Box 829

Dalton, GA 30722

Phone: (706) 226-5320



## Washington DC Office

403 Cannon Building

Washington, DC 20515

Phone: (202) 225-5211





**Accessibility** | **Copyright** | **Privacy** | **Contact** |



Enter Email Address

**SUBSCRIBE**

# EXHIBIT E

WILLIAM P. McFARLAND
ACTING SERGEANT AT ARMS

H–124 CAPITOL
(202) 225–2456

Office of the Sergeant at Arms
## U.S. House of Representatives
Washington, DC 20515–6634

March 7, 2023

The Honorable Marjorie Taylor Greene
U.S. House of Representatives
403 Cannon House Office Building
Washington, D.C. 20515

Dear Congresswoman Greene:

I write in response to your inquiry regarding the security of your residence. Based on the information you provided, and in consultation with the United States Capitol Police Security Services Bureau, your residence does not offer adequate security measures for an individual with your profile. The Capitol Police have indicated there are many significant security concerns that would need to be mitigated, especially in light of recent incidents concerning Members of Congress in Washington, D.C.

Please feel free to contact my office at (202) 225-2456, if you have additional questions.

Sincerely,

William P. McFarland
Acting Sergeant at Arms